IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY WHITE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SMITHKLINE BEECHAM | : | |
| CORPORATION | : | |
| d/b/a GLAXOSMITHKLINE | : | NO. 10-2141 |

ORDER

AND NOW, this 5th day of August, 2010, upon consideration of the plaintiff's Motion to Remand (Docket No. 10); the defendant's opposition, the plaintiff's reply, and the defendant's sur-reply thereto; the plaintiff's supplemental authority to its motion and the defendant's response thereto; and the defendant's supplemental authority in opposition to the plaintiff's motion; and for the reasons set forth in a Memorandum of today's date; IT IS HEREBY ORDERED that the plaintiffs' motion to remand is DENIED.

It is FURTHER ORDERED that the plaintiff shall file a response to the defendant's Motion for Change of Venue (Docket No. 4) on or before August 19, 2010. The defendant shall then have one week to file a brief in reply.

BY THE COURT:


/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.