IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TAMMY WHITE**

    **Plaintiff,**

**vs.**                                                   **CASE NO. 5:10-cv-230/RS-GRJ**

**SMITHKLINE BEECHAM CORP.,**
**d/b/a GLAXOSMITHKLINE**

    **Defendant.**
_____

## **ORDER**

Douglas Kreis, attorney for Plaintiff, must comply with N.D. Fla. Loc. R. 11 by being admitted to the District and filing an appearance before I will consider the Motion to Extend Time (Doc. 34).

**ORDERED** on November 10, 2010

                                                    /S/ Richard Smoak
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**