IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TAMMY WHITE,**

    **Plaintiff,**

**vs.**                                        **CASE NO. 5:10-cv-230/RS-GRJ**

**SMITHKLINE BEECHAM CORP.,**
**d/b/a GLAXOSMITHKLINE**

    **Defendant.**
_____ /

## ORDER

Before me is Defendant's Notice of Withdrawal as Counsel (Doc. 37) and Notice of Appearance (Doc. 25) which shall be construed as a motion for withdrawal and substitution of attorneys pursuant to N.D. Fla. Loc. R. 11.1(F).

**It is ordered** that Leslie M. Greenspan, and Stradley, Ronon, Stevens, & Young, LLP, are granted leave to withdraw as attorneys of record for Defendant. Mercer K. Clarke and Clark, Silverglate & Campbell, P.A., are substituted as attorneys of record for Defendant.

**ORDERED** on November 18, 2010

                                                    /S/ Richard Smoak
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**