**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


TAMMY WHITE,

        Plaintiff,

vs.                                  CASE NO. 5:10cv230/RS-GRJ

SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,

        Defendant.

_____/

## <u>ORDER</u>

Before me is the Amended Joint Scheduling Report (Doc. 33).

**IT IS ORDERED** that the parties shall file a second amended joint report not later than November 30, 2010, with dates consistent with a discovery deadline of May 19, 2011, and jury trial on July 11, 2011.


**ORDERED** on November 19, 2010.


/S/ Richard Smoak_____

**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**