**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


TAMMY WHITE,

        Plaintiff,

vs.                        CASE NO. 5:10cv230/RS-GRJ

SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,

        Defendant.

_____/


## ORDER

Before me is the Stipulation Of Dismissal Without Prejudice (Doc. 44).

**IT IS ORDERED:**

1.      This case is dismissed without prejudice.

2.      The clerk is directed to close the file.


**ORDERED** on February 4, 2011.



/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**